UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN BENITEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-139 |
| | § | |
| SIX UNKNOWN NAMES AGENTS, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS**

On June 14, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court dismiss plaintiff's civil rights action for failure to prosecute. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The mailing was returned as undeliverable as was a previous Order to Show Cause. The Bureau of Prisons locator indicates that plaintiff has been released and he has failed to notify the Court of a new address. Therefore noting that the plaintiff has failed to notify the Court of his new address and seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's civil rights action is dismissed for failure to prosecute.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 13th day of July, 2011.

_____
Janis Graham Jack
United States District Judge